PROB 12C
(6/16)

Report Date: September 29, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2026

SEAN F. MCAVOY, CLERK

ECF No. 17

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky Dalton Walker Case Number: 0980 2:25CR00056-MKD-1

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief United States District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, United States District Judge

Date of Original Sentence: March 1, 2022

Original Offense: Possession with Intent to Distribute Methamphetamine, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 77 months
TSR - 48 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl Allan Hicks

Date Supervision Commenced: March 3, 2025

Defense Attorney: Katie Elizabeth Kitchen

Date Supervision Expires: March 2, 2029

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 4, 2026.

On March 3, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 10 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and government based on defendant's ability to pay. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, methamphetamine, on or about September 24, 2026.

On September 24, 2026, the offender submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine. He denied use of methamphetamine, and the urine specimen was thereafter sent to Alere Toxicology Services for confirmation.

On September 28, 2026, Mr. Walker admitted to the probation officer that he ingested methamphetamine on or about September 24, 2026.

7 **Standard Condition # 4**: You must answer truthfully the questions asked by the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 4, by being untruthful when questioned by a probation officer on or about September 24, 2026.

As noted in alleged violation number 6, on September 24, 2026, the offender submitted a urine specimen that was presumptive positive for methamphetamine. The offender was questioned by the probation officer who collected the urine sample, at which time he denied use.

On September 28, 2026, Mr. Walker admitted to the undersigned that he ingested methamphetamine on or about September 24, 2026. As such, Mr. Walker was untruthful with the probation officer regarding his drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 29, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

M. K. Dimke

Signature of Judicial Officer

September 30, 2026

Date