PROB 12C
(6/16)

Report Date: September 30, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 30, 2026
SEAN F. McAVOY, CLERK
ECF No 23

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky Dalton Walker    Case Number: 0980 2:25CR00056-MKD-1

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 1, 2022

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: March 3, 2025 |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: March 2, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 4, and September 29, 2026.

On March 3, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 10 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and government based on defendant's ability to pay.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, methamphetamine, on or about September 29, 2026.<br><br>On September 30, 2026, the offender signed an admission form acknowledging use of methamphetamine on or about September 29, 2026. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 30, 2026

Date